**FOURTH & CENTRAL TRUST CO, et v AKER BROTHERS**

Ohio Appeals, 1st Dist, Hamilton Co
Decided March 30, 1931

For full opinion see 177 NE 602; 39 Oh Ap 247 (Oh Bar 10-20-31).